RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Keisha_Matthews@fd.org

Attorney for Stephen Edward Moore

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STEPHEN EDWARD MOORE,<br><br>　　　　　Defendant. | Case No. 2:23-mj-00013-BNW<br><br>**STIPULATION TO SCHEDULE JOINT STATUS REPORT**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Imani Dixon, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Stephen Edward Moore, that the Joint Status Report be scheduled for March 15, 2024, or a date convenient to this Court.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Mr. Moore needs additional time to satisfy the terms of his plea agreement.

　　　　2.　　The parties agree to the scheduling of the Joint Status Report.

1     This is the first request to schedule a Joint Status Report.

2     DATED this 15th day of February 2024.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| */s/ Keisha K. Matthews*<br>By_____<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender | */s/ Imani Dixon*<br>By_____<br>IMANI DIXON<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>STEPHEN EDWARD MOORE,<br><br>    Defendant. | Case No. 2:23-mj-00013-BNW<br><br>**ORDER** |

Based on the stipulation and good cause appearing,

IT IS ORDERED that the Join Status Report is due on March 15, 2024.

DATED this  20  day of February 2024.

_____
UNITED STATES MAGISTRATE JUDGE