RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Keisha_Matthews@fd.org

Attorney for Stephen Moore

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-mj-00013-BNW |
| Plaintiff, | |
| v. | **JOINT STATUS REPORT AND STIPULATION TO CLOSE CASE** |
| STEPHEN MOORE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Skyler Pearson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Stephen Moore, that the remaining term of unsupervised probation be terminated, and the above-captioned matter be closed.

This Stipulation is entered into for the following reasons:

1.     On August 2, 2023, Mr. Moore entered into a Petty Offense Plea Agreement with the United States in which he agreed to plead guilty to Count One of the Complaint, Operating a Motor Vehicle while Under the Influence of Drugs

1    (marijuana) in violation of 36 C.F.R. § 4.23(a)(1), a Class B misdemeanor. ECF No.

2    14.[1]

3        2.      The parties agreed to recommend that Mr. Moore be sentenced to one

4    year of unsupervised probation with the following special conditions: (i) pay a $500

5    fine and a mandatory $10 penalty assessment; (ii) attend and complete the Lower

6    Court Counseling's DUI course and Victim Impact Panel; (iii) complete an 8-hour

7    online drug and alcohol course; (iv) stay out of the Lake Mead National Recreation

8    Area for a period of 6 months and (v) not violate any local, state, or federal laws for

9    a period of six months.

10       3.      On August 2, 2023, this Court sentenced Mr. Moore pursuant to the

11   parties' plea agreement.

12       4.      Since commencing his term of unsupervised probation, Mr. Moore has

13   successfully completed conditions (i), (ii), (iii), (iv), and (v).

14       5.      The parties agree to jointly move to allow Mr. Moore to withdraw his

15   plea of guilty to Count 1, Operating a Motor Vehicle while Under the Influence of

16   Drugs (marijuana) in violation of 36 C.F.R. § 4.23(a)(1).

17       6.      The government herby moves, pursuant to the plea agreement to

18   amend Count 1 of the Complaint to a charge of Reckless Driving, a violation of Title 36

19   C.F.R. § 4.2(b) and NRS 484B.653.

20       7.      Mr. Moore hereby pleads guilty to the amended Count 1 of the

21   Complaint.

22       8.      The parties jointly request that the original sentence be applied to the

23   Reckless Driving conviction.

24

25

26       [1] The Plea Agreement does not appear on the docket. ECF No. 14 is the minute order detailing the terms of the plea agreement.

9.    Considering Mr. Moore has successfully completed all terms and conditions of his sentence, the parties jointly request that the above-captioned matter be closed.

DATED this 2nd day of August 2024.

RENE L. VALLADARES
Federal Public Defender

JASON M. FRIERSON
United States Attorney

*/s/ Keisha K. Matthews*
By_____
KEISHA K. MATTHEWS
Assistant Federal Public Defender

*/s/ Skyler Pearson*
By_____
Skyler Pearson
Assistant United States Attorney

3

1
2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

3
4
5
6
7
8

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

STEPHEN MOORE,

        Defendant.

Case No. 2:22-mj-00013-BNW

**ORDER**

9
10
11

      Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

12
13

      1.     Mr. Moore has successfully completed all terms and conditions of his sentence.

14

**ORDER**

15
16
17

      IT IS HEREBY ORDERED that Mr. Moore's request to withdraw his guilty plea to Operating a Motor Vehicle while Under the Influence of Drugs (marijuana) is GRANTED.

18
19
20

      IT IS FURTHER ORDERED that the government's request to amend Count One of the Complaint to a charge of Reckless Driving, a violation of 36 CFR § 4.2 and NRS 484B.653, a misdemeanor, is GRANTED.

21
22
23

      IT IS FURTHER ORDERED that the Court accepts Mr. Moore's guilty plea to the amended Count 1 of the Complaint – Reckless Driving, a violation of 36 CFR § 4.2 and NRS 484B.653, a misdemeanor.

24
25

      IT IS FURTHER ORDERED that the original sentence be applied to the amended Count 1 of the Complaint.

26

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

IT IS FURTHER ORDERED that because Mr. Moore has completed all terms and conditions of his sentence, that this case is closed.

DATED this _5_ day of August 2024.

_____
UNITED STATES MAGISTRATE JUDGE